IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERROL GILKES,** | : | |
| Plaintiff | : | No. 1:19-cv-01627 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **US XPRESS, INC.,** | : | |
| Defendant | : | |
| | : | |

# ORDER

**AND NOW**, on this 23rd day of March 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 21), and Plaintiff's response thereto, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. No. 21) is **GRANTED**; and

2. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania